■ PEOPLE, Respondent, v VERNON ROBERTS, Appellant. [605 NYS2d 1020] —Motion to disqualify Monroe County Public Defender from representing appellant on appeal, and for permission to file and serve a *pro se* supplemental brief denied. Memorandum: Appellant's request to file a *pro se* supplemental brief is premature. Pursuant to 22 NYCRR 1000.5 (g) (1), an application by appellant to file a *pro se* supplemental brief must be made within 30 days after the date of mailing to appellant of the brief prepared by assigned counsel. Present— Callahan, J. P., Green, Balio, Lawton and Boomer, JJ. (Filed Nov. 12, 1993.)

■ In the Matter of NICHOLAS DORIAN H., and Others. LAURA MAE H., Appellant. [605 NYS2d 1020] —Motion to dismiss appeal granted and motion for substitution of assigned counsel denied as unnecessary. Memorandum: No appeal lies from a surrender. Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Oct. 25, 1993.)

■ WILLIAM B. LAWLESS, III, Appellant, v CITY OF BUFFALO et al., Respondents. [605 NYS2d 1021] —Motion for reargument denied. Memorandum: Appellant's demand for respondents' brief is ineffective inasmuch as it does not comply with 22 NYCRR 1000.7 (a), which provides that an appellant may demand that a respondent's brief be filed and served within 30 days, not 15 days as specified in the demand served by appellant. Present—Pine, J. P., Balio, Lawton, Boomer and Davis, JJ. (Filed Oct. 29, 1993.)

■ In the Matter of ACCENT STRIPE, INC., Appellant, v STATE OF NEW YORK DEPARTMENT OF LAW, Respondent. [605 NYS2d 1021] —Motion for stay pending appeal denied. Memorandum: Absent a showing that a subpoena duces tecum issued by the Attorney-General of the State of New York is irrelevant and immaterial to an on-going investigation, the subpoena duces tecum should not be modified *(see, All-Waste Sys. v Abrams,* 155 AD2d 401; *Matter of American Dental Coop. v Attorney-General of State of N. Y.,* 127 AD2d 274). Present— Callahan, J. P., Pine, Fallon, Boomer and Boehm, JJ. (Filed Oct. 21, 1993.)